JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN RODERICK,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No. EDCV 18-1491-JPR<br><br>**J U D G M E N T** |

  For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order reversing or remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming his final decision is GRANTED; and (3) judgment be entered in the Commissioner's favor.

DATED: January 10, 2020

                _____
                JEAN ROSENBLUTH
                U.S. Magistrate Judge